```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

RALPH CAFARO,

    Plaintiff,

v.                                  Case No. 8:12-cv-928-T-33EAJ

JURISCO BOND,

    Defendant.
_____/

### **ORDER**

This matter is before the Court pursuant to Plaintiff's Notice of Appeal (Doc. # 5), which was filed on May 21, 2012. For the reasons that follow, the Court stays and administratively closes this case pending Plaintiff's appeal.

### **Discussion**

Pro se Plaintiff initiated this action against Jurisco Bond on April 26, 2012 (Doc. # 1) and on that same date, filed his Affidavit of Indigency (Doc. # 2), which this Court construed as a Motion to Proceed In Forma Pauperis. On May 21, 2012, the Court entered an Order denying Plaintiff's construed Motion for Leave to Appeal In Forma Pauperis without prejudice and allowed Plaintiff until May 21, 2012, to file an Amended Complaint. (Doc. # 4). The Court noted that, absent an Amended Complaint filed by May 21, 2012, the Complaint would be subject to dismissal without further notice.

On May 21, 2012, rather than filing an Amended Complaint, Plaintiff filed a Notice of Appeal. (Doc. # 5). The Court determines that it is appropriate to stay and administratively close this case during the pendency of the appeal. In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and determines that a stay under the circumstances of this case will conserve the resources of the parties and the Court. This Court will return this case to active status, if appropriate, after the appeal has been resolved.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. This matter is hereby **STAYED** during the pendency of the appeal.

2. The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.

3. When the appeal is resolved, the Court will return this case to active status, if appropriate.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>25th</u> day of June, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2

Copies:

All parties of record

Case 8:12-cv-00928-VMC-EAJ   Document 8   Filed 06/25/12   Page 3 of 3 PageID 264